UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation, and DOES 1-15, <br><br> Defendants. <br> _____/ | No. 4:12-CV-0790 SBA (NJV) <br><br> ORDER REQUIRING MEET AND CONFER AND CONTINUING HEARING DATES |

Senior District Judge Armstrong has referred this case to the undersigned for all discovery matters. (Docket no. 54). Pending before this court are Plaintiff's Motion to Enter Protective Order and to Compel Discovery Responses (Docket no. 56) and Defendant DLT Federal Business Systems' Motion for Protective Order (Docket no. 63.)

The Court ORDERS counsel for Plaintiff and counsel for Defendant Service Key, LLC, to engage in an in-person meet and confer no later than November 2, 2012, regarding their discovery dispute. Counsel shall engage in a meaningful meet and confer regarding outstanding discovery requests and their pending discovery dispute. Counsel shall notify the court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer. After the in-person meet and confer, counsel for Plaintiff and counsel for Defendant Service Key, LLC, shall promptly file a single joint letter to the court informing the court of the outcome. If the parties are unable to resolve their discovery disputes after the in-person meet

1 and confer, the single joint letter to the court should succinctly set forth the parties' positions on each
2 disputed issue. The letter brief shall be limited to five pages, with exhibits limited to ten pages, to be
3 shared equally by the parties. The hearing on Plaintiff's motion, now set for October 30, 2012, is
4 CONTINUED to November 20, 2012, at 10:00. The parties may appear telephonically by dialing
5 888-684-8852, and entering access code 1868782 and security code 7416.

6      The Court further ORDERS counsel for Plaintiff and counsel for Defendant DLT Federal
7 Business Systems to engage in an in-person meet and confer no later than November 9, 2012,
8 regarding their discovery dispute. Counsel shall engage in a meaningful meet and confer regarding
9 outstanding discovery requests and their discovery dispute. Counsel shall notify the Court's
10 courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the
11 scheduled date for the in-person meet and confer. After the in-person meet and confer, counsel for
12 Plaintiff and counsel for Defendant DLT Federal Business Systems shall promptly file a single joint
13 letter to the court informing the court of the outcome. If the parties are unable to resolve their
14 discovery disputes after the in-person meet and confer, the single joint letter to the court should
15 succinctly set forth the parties' positions on each disputed issue. The letter brief shall be limited to
16 five pages, with exhibits limited to ten pages, to be shared equally by the parties. The hearing on
17 Defendant DLT Federal Business Systems' motion, now set for November 6, 2012, is CONTINUED
18 to November 20, 2012, at 10:00 a.m. The parties may appear telephonically by dialing 888-684-
19 8852, and entering access code 1868782 and security code 7416.

20 IT IS SO ORDERED.

21
22 Dated: October 19, 2012

23                                     NANDOR J. VADAS
                                    United States Magistrate Judge