| | | |
|---|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>Geoffrey M. Howard (SBN 157468) | GCA LAW PARTNERS LLP<br>Valerie M. Wagner (SBN 173146) |
| 2 | geoff.howard@bingham.com<br>Thomas S. Hixson (SBN 193033) | vwagner@gcalaw.com<br>Jill F. Kopeikin (SBN 160792) |
| 3 | thomas.hixson@bingham.com<br>Kyle Zipes (SBN 251814) | jkopeikin@gcalaw.com<br>1891 Landings Drive |
| 4 | kyle.zipes@bingham.com<br>Three Embarcadero Center | Mountain View, CA 94043-0848<br>Telephone:  650.428.3900 |
| 5 | San Francisco, California  94111-4067<br>Telephone:  415.393.2000 | Facsimile:   650.428.3901 |
| 6 | Facsimile:  415.393.2286 | Attorneys for Defendants<br>Service Key, LLC and Angela Vines |
| 7 | ORACLE CORPORATION<br>Dorian Daley (SBN 129049) | DUNLAP, GRUBB & WEAVER, |
| 8 | dorian.daley@oracle.com<br>Deborah K. Miller (SBN 95527) | PLLC<br>David Ludwig (*pro hac vice*) |
| 9 | deborah.miller@oracle.com<br>500 Oracle Parkway | dludwig@dglegal.com<br>199 Liberty Street, SW |
| 10 | M/S 5op7<br>Redwood City, CA  94065 | Leesburg, VA 20175<br>Telephone:  703.777.7319 |
| 11 | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 | Facsimile:  703.777.3656 |
| 12 | | Attorneys for Defendant<br>DLT Federal Business System |
| 13 | ORACLE CORPORATION<br>Jeffrey S. Ross (SBN 138172) | Corporation |
| 14 | jeff.ross@oracle.com<br>10 Van de Graaff Drive | |
| 15 | Burlington, MA  01803<br>Telephone:  781.744.0449 | |
| 16 | Facsimile:  781.238.6273 | |
| 17 | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 20 | ORACLE AMERICA, INC., a Delaware corporation, | No. 4:12-cv-00790-SBA |
| 21 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |
| 22 | v. | **SETTLEMENT CONFERENCE** |
| 23 | SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50, | |
| 26 | Defendant. | |

Case No. 4:12-cv-00790-SBA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1    WHEREAS, a mandatory settlement conference in this proceeding is currently set for
2    November 6, 2012 before the Honorable Nathaniel Cousins, United States Magistrate Judge;
3    WHEREAS on October 22, 2012, Oracle requested the Court continue the date for the
4    settlement conference to December 6, 2012;
5    WHEREAS since that time the parties have agreed to request that the settlement
6    conference be continued to December 13, 2012; and
7    WHEREAS the courtroom deputy has confirmed December 13 at 1:00 pm is available for
8    the Court;
9    THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:
10   The mandatory settlement conference should be continued to December 13, 2012 at 1:00
11   pm.

DATED:  October 25, 2012              Bingham McCutchen LLP

                                      By:      /s/ Geoffrey M. Howard
                                              Geoffrey M. Howard
                                              geoff.howard@bingham.com
                                              Attorneys for Plaintiff
                                              ORACLE AMERICA, INC.

Dated:  October 25, 2012              GCA Law Partners LLP


                                      By:      /s/ Valerie M. Wagner
                                              Valerie M. Wagner
                                              Attorneys for Defendants
                                              Service Key LLC and Angela Vines


Dated:  October 25, 2012              Dunlap, Grubb & Weaver, PLLC


                                      By:      /s/ David Ludwig
                                              David Ludwig
                                              Attorneys for Defendant
                                              DLT Federal Business Systems
                                              Corporation

1                                         Case No. 4:12-cv-00790-SBA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1  PURSUANT TO STIPULATION IT IS SO ORDERED:

2

3  DATED: October 25,        , 2012      By:_____

4                                            United States Magistrate Judge Cousins

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **ATTESTATION**

2         I, Geoffrey M. Howard, am counsel for Oracle America, Inc.  I am the registered

3 ECF user whose username and password are being used to file this STIPULATED

4 PROTECTIVE ORDER.  In compliance with General Order 45, Section X(B), I hereby attest

5 that the above-identified counsel concurred in this filing.

6

7 Dated:  October 25, 2012         Bingham McCutchen LLP

8         By:  /s/ Geoffrey M. Howard
              Geoffrey M. Howard

9               Attorneys for Plaintiff Oracle America, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28