| | |
|---|---|
| BINGHAM MCCUTCHEN LLP | GCA LAW PARTNERS LLP |
| Geoffrey M. Howard (SBN 157468) | Valerie M. Wagner (SBN 173146) |
| geoff.howard@bingham.com | vwagner@gcalaw.com |
| Thomas S. Hixson (SBN 193033) | Jill F. Kopeikin (SBN 160792) |
| thomas.hixson@bingham.com | jkopeikin@gcalaw.com |
| Kyle Zipes (SBN 251814) | 1891 Landings Drive |
| kyle.zipes@bingham.com | Mountain View, CA 94043-0848 |
| Three Embarcadero Center | Telephone: 650.428.3900 |
| San Francisco, California 94111-4067 | Facsimile: 650.428.3901 |
| Telephone: 415.393.2000 | |
| Facsimile: 415.393.2286 | Attorneys for Defendants |
| | Service Key, LLC and Angela Vines |
| ORACLE CORPORATION | |
| Dorian Daley (SBN 129049) | DUNLAP, GRUBB & WEAVER, PLLC |
| dorian.daley@oracle.com | David Ludwig (*pro hac vice*) |
| Deborah K. Miller (SBN 95527) | dludwig@dglegal.com |
| deborah.miller@oracle.com | 199 Liberty Street, SW |
| 500 Oracle Parkway | Leesburg, VA 20175 |
| M/S 5op7 | Telephone: 703.777.7319 |
| Redwood City, CA 94065 | Facsimile: 703.777.3656 |
| Telephone: 650.506.4846 | |
| Facsimile: 650.506.7114 | Attorneys for Defendant |
| | DLT Federal Business System Corporation |
| ORACLE CORPORATION | |
| Jeffrey S. Ross (SBN 138172) | |
| jeff.ross@oracle.com | |
| 10 Van de Graaff Drive | |
| Burlington, MA 01803 | |
| Telephone: 781.744.0449 | |
| Facsimile: 781.238.6273 | |

Attorneys for Plaintiff
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation, | No. 4:12-cv-00790-SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50, | |
| Defendant. | |

1. WHEREAS, a mandatory settlement conference in this proceeding is currently set for November 6, 2012 before the Honorable Nathaniel Cousins, United States Magistrate Judge;

2. WHEREAS on October 22, 2012, Oracle requested the Court continue the date for the settlement conference to December 6, 2012;

3. WHEREAS since that time the parties have agreed to request that the settlement conference be continued to December 13, 2012; and

4. WHEREAS the courtroom deputy has confirmed December 13 at 1:00 pm is available for the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

The mandatory settlement conference should be continued to December 13, 2012 at 1:00 pm.

DATED: October 25, 2012                               Bingham McCutchen LLP

                                                      By:      /s/ Geoffrey M. Howard
                                                              Geoffrey M. Howard
                                                              geoff.howard@bingham.com
                                                              Attorneys for Plaintiff
                                                              ORACLE AMERICA, INC.

Dated: October 25, 2012                               GCA Law Partners LLP

                                                      By:      /s/ Valerie M. Wagner
                                                              Valerie M. Wagner
                                                              Attorneys for Defendants
                                                              Service Key LLC and Angela Vines

Dated: October 25, 2012                               Dunlap, Grubb & Weaver, PLLC

                                                      By:      /s/ David Ludwig
                                                              David Ludwig
                                                              Attorneys for Defendant
                                                              DLT Federal Business Systems
                                                              Corporation

1  PURSUANT TO STIPULATION IT IS SO ORDERED:
2
3  DATED: October 25, _____, 2012       By: _____
4                                             United States Magistrate Judge Cousins
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **ATTESTATION** |

2         I, Geoffrey M. Howard, am counsel for Oracle America, Inc.  I am the registered

3   ECF user whose username and password are being used to file this STIPULATED

4   PROTECTIVE ORDER.  In compliance with General Order 45, Section X(B), I hereby attest

5   that the above-identified counsel concurred in this filing.

6

7   Dated:  October 25, 2012            Bingham McCutchen LLP

8                                         By:  /s/ Geoffrey M. Howard

9                                               Geoffrey M. Howard
                                            Attorneys for Plaintiff Oracle America, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28