| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | Geoffrey M. Howard (SBN 157468) |
| 2 | geoff.howard@bingham.com |
|   | Thomas S. Hixson (SBN 193033) |
| 3 | thomas.hixson@bingham.com |
|   | Kyle Zipes (SBN 251814) |
| 4 | kyle.zipes@bingham.com |
|   | Three Embarcadero Center |
| 5 | San Francisco, California  94111-4067 |
|   | Telephone:  415.393.2000 |
| 6 | Facsimile:  415.393.2286 |
| 7 | ORACLE CORPORATION |
|   | Dorian Daley (SBN 129049) |
| 8 | dorian.daley@oracle.com |
|   | Deborah K. Miller (SBN 95527) |
| 9 | deborah.miller@oracle.com |
|   | 500 Oracle Parkway |
| 10 | M/S 5op7 |
|   | Redwood City, CA  94065 |
| 11 | Telephone:  650.506.4846 |
|   | Facsimile:  650.506.7114 |
| 12 | |
|   | ORACLE CORPORATION |
| 13 | Jeffrey S. Ross (SBN 138172) |
|   | jeff.ross@oracle.com |
| 14 | 10 Van de Graaff Drive |
|   | Burlington, MA  01803 |
| 15 | Telephone:  781.744.0449 |
|   | Facsimile:  781.238.6273 |
| 16 | |
|   | Attorneys for Plaintiff |
| 17 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 20 | ORACLE AMERICA, INC., a Delaware corporation, | No. 4:12-cv-00790-SBA |
| 22 | Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF ORACLE AMERICA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE SECOND AMENDED COMPLAINT AND SUPPORTING EXHIBITS** |
| 23 | v. | |
| 24 | SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50, | |
| 27 | Defendant. | |

Case No. 4:12-cv-00790-SBA

[PROPOSED] ORDER GRANTING ORACLE AMERICA'S ADMINISTRATIVE MOTION TO FILE UNDER
SEAL PORTIONS OF THE SECOND AMENDED COMPLAINT AND SUPPORTING EXHIBITS

1   Pending before this Court is Oracle America, Inc.'s ("Oracle") Motion to File
2   Under Seal Portions of the Second Amended Complaint and Supporting Exhibits.
3   Having considered (1) Oracle's Motion; (2) the Stipulation to Permit Oracle to
4   File Under Seal; (3) the supporting Declarations submitted by Defendnats and non-party Avnet,
5   Inc.; (4) the Second Amended Complaint and supporting exhibits,
6   IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED IN
7   PART and DENIED IN PART.  The request to seal portions of the Second Amended Complaint
8   is DENIED.  See Kamakana v. City of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006) (noting
9   "general right to inspect and copy public records and documents, including judicial records and
10  documents.").  However, the Court grants leave to file the following exhibits to the Second
11  Amended Complaint under seal:
12  - Exhibit A;
13  - Exhibit J;
14  - Exhibit K; and
15  - Exhibit L.
16  **IT IS SO ORDERED.**

DATED:  _12/20/12

_____
Hon. Saundra Brown Armstrong