UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation, and DOES 1-15,<br><br>        Defendants.<br>_____/ | No. 4:12-CV-0790 SBA (NJV)<br><br>ORDER SETTING STATUS CONFERENCE |

On January 8, 2013, Plaintiff Oracle and Defendant DLT-Federal Business Systems ("DLT-FBS") filed a joint letter brief regarding DLT-FBS's discovery responses. (Docket no. 106.) This matter is HEREBY SET for a status conference on Monday, January 14, 2013, at 10:00 am. The parties may appear telephonically by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

IT IS SO ORDERED.

Dated: January 10, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge