UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation, and DOES 1-15,<br><br>    Defendants.<br>_____/ | No. 4:12-CV-0790 SBA (NJV)<br><br>ORDER SETTING STATUS CONFERENCE |

On January 11, 2013, Plaintiff Oracle filed a letter brief regarding a discovery issue with Defendant Service Key. (Docket no. 121.) Defendant Service Key filed a response on January 16, 2013. (Docket No. 128). This matter is HEREBY SET for a status conference on Friday, January 18, 2013, at 2:00 pm. The parties may appear telephonically by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

IT IS SO ORDERED.

Dated: January 17, 2013

NANDOR J. VADAS
United States Magistrate Judge