BINGHAM MCCUTCHEN LLP
Geoffrey M. Howard (SBN 157468)
geoff.howard@bingham.com
Thomas S. Hixson (SBN 193033)
thomas.hixson@bingham.com
Kyle Zipes (SBN 251814)
kyle.zipes@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

ORACLE CORPORATION
Dorian Daley (SBN 129049)
dorian.daley@oracle.com
Deborah K. Miller (SBN 95527)
deborah.miller@oracle.com
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114

ORACLE CORPORATION
Jeffrey S. Ross (SBN 138172)
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation;<br><br>           Plaintiff,<br><br>      v.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1–50,<br><br>           Defendants. | No. 4:12-cv-00790-SBA (NJV)<br><br>**[~~PROPOSED~~] ORDER FOLLOWING JANUARY 14, 2013 STATUS CONFERENCE** |

On January 8, 2013 Plaintiff Oracle America, Inc. ("Oracle") and Defendant DLT-Federal Business Systems ("DLT-FBS") filed a joint letter brief regarding DLT-FBS's discovery responses. The Court set the matter for a status conference on Monday, January 14, 2013, at 10:00 am. Following the status conference, IT IS HEREBY ORDERED:

1. By 4pm on January 18, 2013, the Dunlap Weaver firm (DLT-FBS's counsel of record as of the status conference) shall provide to Michael C. Whittacir of NOVA IP Law (who as of the status conference expects to substitute in as DLT-FBS's substitute counsel) the remaining emails for which optical character recognition software has to be used to make certain attachments searchable.

2. By 4pm on January 25, 2013, DLT-FBS shall complete its document production to Oracle.

3. The parties shall be prepared to discuss DLT-FBS's document production, including any concerns Oracle has with it, at the January 29, 2013 status conference

4. Pursuant to the parties' agreement, the depositions of Geoff Prosser and Michael Johnson that were scheduled for February 1 and 2 will be rescheduled. The parties shall meet and confer on deposition dates. If they are unable to reach agreement, the Court will address this issue at the January 29, 2013 status conference.

5. The parties shall meet and confer concerning the issues raised in the letter brief about DLT-FBS's interrogatory responses. If they are unable to reach agreement, the Court will address this issue at the January 29, 2013 status conference.

6. The parties shall meet and confer concerning Oracle's motion to reclassify DLT-FBS's attorneys-eyes only designations under the Protective Order (Dkt No. 109). If they are unable to reach agreement, the Court will address this motion at the January 29, 2013 status conference.

7. Oracle's request for attorneys' fees is not ruled on at this time but will be taken up at the January 29, 2013 status conference.

1  8. Oracle and DLT-FBS shall submit a joint letter by January 28, 2013 informing the
2  Court which of the above issues remain in dispute.
3  9. There shall be a further status conference on January 29, 2013 at 1:00 pm.
4
5  IT IS SO ORDERED:
6  DATED: January 23, 2013, ~~2012~~   By: _____
7  Hon. Nandor J. Vadas
   United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28