Scott R. Raber (SBN 194924)
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone:     (415) 683-5472
Facsimile: (800) 930-7271
Email:     scott.raber@rimonlaw.com

Michael Whitticar (*pro hac vice pending*)
NOVA IP Law, PLLC
10890 George Mason Circle
Bull Run Hall, Suite 147 N
10900 University Boulevard, MS 1J2
Manassas, VA 20110
Phone:     (571) 334-2671
Facsimile: (855) 295-0740
Email:     mikew@novaiplaw.com

Attorneys for Defendant
FBSCGov formerly known as
DLT Federal Business Systems Corporation

**FILED**

JAN 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1–50,<br><br>Defendants. | No. 4:12-cv-00790-SBA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT FBSCGov (f/k/a DLT FEDERAL BUSINESS SYSTEMS CORPORATION)**<br><br>[PROPOSED] ORDER |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendant FBSCGov (formerly known as DLT Federal Business Systems Corporation) hereby substitutes RIMON P.C. and NOVA IP LAW, PLLC

1

| | |
|---|---|
| 1 | (*pro hac vice application* forthcoming) in place of DUNLAP WEAVER, PLLC and |
| 2 | COBLENTZ, PATCH, DUFFY, & BASS LLP as its counsel of record in this action, who |
| 3 | hereby withdraw from this matter subject to the Court's approval. The contact information for |
| 4 | new counsel is as follows: |

        Scott R. Raber (SBN 194924)
        RIMON, P.C.
        One Embarcadero Center, Suite 400
        San Francisco, CA 94111
        Phone: 415-683-5472
        Facsimile: 800-930-7271
        Email: scott.raber@rimonlaw.com

        Michael Whitticar (*pro hac vice application pending*)
        NOVA IP Law, PLLC
        10890 George Mason Circle
        Bull Run Hall, Suite 147 N
        10900 University Boulevard, MS 1J2
        Manassas, VA 20110
        Phone:    (571) 334-2671
        Facsimile:  (855) 295-0740
        Email:     mikew@novaiplaw.com

Dated this 22nd day of January, 2013      RIMON P.C.

                                    By:_____*/s/ Scott R. Raber*_____
                                    Scott R. Raber (SBN 194924)
                                    One Embarcadero Center, Suite 400
                                    San Francisco, CA 94111
                                    Phone:     (415) 683-5472
                                    Facsimile:  (800) 930-7271
                                    Email:scott.raber@rimonlaw.com

                                    NOVA IP Law, PLLC

                                    By:_____*/s/ Michael Whitticar*_____
                                    Michael Whitticar (*pro hac vice pending*)
                                    10890 George Mason Circle
                                    Bull Run Hall, Suite 147 N
                                    10900 University Boulevard, MS 1J2
                                    Manassas, VA 20110
                                    Phone:     (571) 334-2671
                                    Facsimile:  (855) 295-0740
                                    Email:     mikew@novaiplaw.com

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DLT FEDERAL BUSINESS SYSTEMS
CORPORATION AND [PROPOSED] ORDER        Case No. 4:12-cv-00790-SBA

## CONSENT TO SUBSTITUTION

FBSCGov consents to this substitution.

Dated: This 22nd day of January, 2013.

                FBSCGov (f/k/a DLT Federal Business Systems Corporation)

                By:_____/s/ *Anne Rose*_____

Dunlap Weaver, PLLC and Coblentz, Patch, Duffy & Bass LLP consent to this substitution.

Dated: This 22nd day of January, 2013.

                DUNLAP WEAVER, PLLC

                By:_____/s/ *David Ludwig*_____
                David Ludwig (*pro hac vice*)
                dludwig@dunlapweaver.com
                W. Clifton Holmes (*pro hac vice*)
                cholmes@dunlapweaver.com
                199 Liberty Street, SW
                Leesburg, VA 20175
                Telephone:   703.777.7319
                Facsimile:    703.777.3656

                COBLENTZ, PATCH, DUFFY & BASS

                By:_____/s/ *Julia D. Greer*_____
                Julia D. Greer
                One Ferry Building, Suite 200
                San Francisco, CA 94111-4213
                Phone: 415.398.4800
                Email: Efilingjdg@cpdb.com

**IT IS SO ORDERED:**

Dated: 1/23/13                /s/ Saundra B. Armstrong
                                  United States District Court Judge

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1, I hereby attest that concurrence in the filing of the foregoing document has been obtained from our client and counsel at Dunlap Weaver, PLLC and Coblentz, Patch, Duffy & Bass LLP as indicated by a "conformed" signature (/s/).

By: _____/s/ Scott R. Raber_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Civil L.R. 5-1(h)(1) on January 22, 2013. Any other counsel of record will be served via facsimile or electronic mail pursuant to Civil L. R. 5-1(h)(2).

_____/s/ Scott R. Raber_____
Scott R. Raber