| | |
|---|---|
| 1  BINGHAM MCCUTCHEN LLP | RIMON P.C. |
| Geoffrey M. Howard (SBN 157468) | Scott R. Raber (SBN 194924) |
| 2  geoff.howard@bingham.com | scott.raber@rimonlaw.com |
| Thomas S. Hixson (SBN 193033) | One Embarcadero Center, Suite 400 |
| 3  thomas.hixson@bingham.com | San Francisco, CA 94111 |
| Kyle Zipes (SBN 251814) | Telephone: 415.683.5472 |
| 4  kyle.zipes@bingham.com | Facsimile: 800.930.7271 |
| Three Embarcadero Center | |
| 5  San Francisco, California 94111-4067 | Attorneys for Defendant |
| Telephone: 415.393.2000 | DLT Federal Business System |
| 6  Facsimile: 415.393.2286 | Corporation |

7  ORACLE CORPORATION
Dorian Daley (SBN 129049)
8  dorian.daley@oracle.com
Deborah K. Miller (SBN 95527)
9  deborah.miller@oracle.com
500 Oracle Parkway
10 M/S 5op7
Redwood City, CA 94065
11 Telephone: 650.506.4846
Facsimile: 650.506.7114
12
ORACLE CORPORATION
13 Jeffrey S. Ross (SBN 138172)
jeff.ross@oracle.com
14 10 Van de Graaff Drive
Burlington, MA 01803
15 Telephone: 781.744.0449
Facsimile: 781.238.6273
16
Attorneys for Plaintiff
17 ORACLE AMERICA, INC.

18                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
19                              OAKLAND DIVISION

| | |
|---|---|
| 20  ORACLE AMERICA, INC., a Delaware corporation, | No. 4:12-cv-00790-SBA |
| 21            Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DLT-FEDERAL BUSINESS SYSTEMS CORPORATION TO ANSWER THE SECOND AMENDED COMPLAINT** |
| 22       v. | |
| 23  SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50, | |
| 24 | |
| 25 | |
| 26            Defendant. | |
| 27 | |

28                                                                Case No. 4:12-cv-00790-SBA
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DLT-FEDERAL BUSINESS
SYSTEMS CORPORATION TO ANSWER THE SECOND AMENDED COMPLAINT

1  Pursuant to Local Rule 7-12 Plaintiff Oracle America, Inc. ("Oracle") and Defendant
2  DLT-Federal Business Systems Corporation ("DLT-FBS," and together with Oracle, the
3  "Parties") jointly submit this Stipulation.
4  WHEREAS, Oracle filed the Second Amended Complaint on December 17, 2012
5  (Docket Item 90);
6  WHEREAS DLT-FBS filed a Motion for Extension of Time to Answer the Second
7  Amended Complaint on January 7, 2013 (Docket Item 105);
8  WHEREAS DLT-FBS withdrew that Motion on January 11, 2013 (Docket Item 116);
9  WHEREAS DLT-FBS filed a Corrected Motion for Extension of Time to Answer the
10 Second Amended Complaint on January 11, 2013 (Docket Item 119);
11 WHEREAS, Oracle contends the deadline for Defendants to respond to Oracle's Second
12 Amended Complaint was January 3rd 2013, and has already passed, Oracle has agreed to extend
13 the time for DLT-FBS to answer the Second Amended Complaint to February 8, 2013;
14 WHEREAS, Oracle does not agree to extend the deadline for DLT-FBS to file a Motion
15 to Dismiss the Second Amended Complaint;
16 WHEREAS, DLT-FBS, in agreeing to file an answer rather than a motion to dismiss, has
17 expressly reserved its right to file a motion for judgment on the pleadings after answering;
18 WHEREAS, the parties to this Stipulation agree that the extension of this deadline will
19 not alter the date of any event or any deadline already fixed by Court order in this matter.
20
21 NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH
22 THEIR RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:
23    1.  DLT-FBS shall have until February 8, 2013 to answer the Second Amended
24        Complaint.
25 **IT IS SO STIPULATED.**
26
27
28

| | |
|---|---|
| DATED:  January 29, 2013 | Bingham McCutchen LLP |
| | By: ___/s Geoffrey M. Howard___ |
| | Geoffrey M. Howard |
| | geoff.howard@bingham.com |
| | Attorneys for Plaintiff |
| | ORACLE AMERICA, INC. |
| | |
| Dated:  January 29, 2013 | RIMON P.C. |
| | By: ___/s Scott Raber___ |
| | Scott Raber |
| | scott.raber@rimonlaw.com |
| | Attorneys for Defendant |
| | DLT Federal Business Systems Corporation |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/29/13                              By: *Saundra B. Armstrong*
                                                    Saundra Brown Armstrong
                                                    United States District Court Judge

**ATTESTATION**

I, Geoffrey M. Howard, am counsel for Oracle America, Inc.  I am the registered ECF user whose username and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated:  January 29, 2013

Bingham McCutchen LLP

By:  /s Geoffrey M. Howard
     Geoffrey M. Howard
     Attorneys for Plaintiff Oracle America, Inc.