1  BINGHAM MCCUTCHEN LLP
   Geoffrey M. Howard (SBN 157468)
2  geoff.howard@bingham.com
   Thomas S. Hixson (SBN 193033)
3  thomas.hixson@bingham.com
   Kyle Zipes (SBN 251814)
4  kyle.zipes@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  ORACLE CORPORATION
   Dorian Daley (SBN 129049)
8  dorian.daley@oracle.com
   Deborah K. Miller (SBN 95527)
9  deborah.miller@oracle.com
   500 Oracle Parkway
10 M/S 5op7
   Redwood City, CA 94065
11 Telephone: 650.506.4846
   Facsimile: 650.506.7114
12
   ORACLE CORPORATION
13 Jeffrey S. Ross (SBN 138172)
   jeff.ross@oracle.com
14 10 Van de Graaff Drive
   Burlington, MA 01803
15 Telephone: 781.744.0449
   Facsimile: 781.238.6273
16
   Attorneys for Plaintiff
17 Oracle America, Inc.

18              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
19                     EUREKA DIVISION

| | |
|---|---|
| 20  ORACLE AMERICA, INC., a Delaware corporation; | No. 4:12-cv-00790-SBA (NJV) |
| 21 | **[PROPOSED] ORDER FOLLOWING JANUARY 31, 2013 STATUS CONFERENCE** |
| 22          Plaintiff,<br>         v. | |
| 23  SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1–50, | |
| 24 | |
| 25          Defendants. | |
| 26 | |

27

28

---

[PROPOSED] ORDER FOLLOWING JANUARY 31, 2013 STATUS CONFERENCE
Case No. 4:12-cv-00790 SBA (NJV)

A/75373169.1

1    On January 23, 2013, the Court scheduled a further status conference for January 29, 2013, concerning matters raised in a letter brief filed on January 8, 2013 by Plaintiff Oracle America, Inc. ("Oracle") and Defendant DLT-Federal Business Systems ("DLT-FBS").  *See* Order Following January 14, 2013 Status Conference, Dkt. No. 141.  On January 18, 2013, the Court scheduled a further status conference for January 29, 2013 concerning matters raised in a January 11, 2013 letter brief by Oracle and responded to in a January 16, 2013 letter brief by Defendants Service Key, LLC and Angela Vines (collectively, "Service Key").  On January 29, 2013, the Court issued an order rescheduling the January 29 status conferences for January 31, 2013, at 2:00 p.m. in Courtroom D in San Francisco.  Dkt. No. 149.  Following the status conference, IT IS HEREBY ORDERED:

   1.   DLT-FBS shall complete its document productions to Oracle by February 21, 2013.

   2.   DLT-FBS is ordered to pay Oracle sanctions in the amount of $2,750 for violating paragraph 2 of the Court's November 28, 2012 Order Regarding Plaintiff Oracle's Motion to Enter Protective Order and Motion to Compel, and Defendant DLT Federal Business Systems' Motion for Protective Order (Dkt. No. 88), and paragraph 2 of the Court's Order Following January 14, 2013 Status Conference (Dkt. No. 141).

   3.   Oracle's Motion to Reclassify Defendant DLT-FBS's Attorneys' Eyes Only Designations Under the Protective Order (Dkt. No. 109) remains set for hearing on February 19, 2013 at 10:00 a.m.

   4.   Oracle shall meet and confer with Service Key prior to filing a motion concerning the spoliation issues raised by Oracle's letter brief.  Any such motion shall be noticed in accordance with Northern District Civil Local Rule 7-2(a).

IT IS SO ORDERED:

DATED: February 5, 2013        By: _____
                                    Hon. Nandor J. Vadas
                                    United States Magistrate Judge