1  BINGHAM MCCUTCHEN LLP
   Geoffrey M. Howard (SBN 157468)
2  geoff.howard@bingham.com
   Thomas S. Hixson (SBN 193033)
3  thomas.hixson@bingham.com
   Kyle Zipes (SBN 251814)
4  kyle.zipes@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  ORACLE CORPORATION
   Dorian Daley (SBN 129049)
8  dorian.daley@oracle.com
   Deborah K. Miller (SBN 95527)
9  deborah.miller@oracle.com
   500 Oracle Parkway
10 M/S 5op7
   Redwood City, CA 94065
11 Telephone: 650.506.4846
   Facsimile: 650.506.7114
12
   ORACLE CORPORATION
13 Jeffrey S. Ross (SBN 138172)
   jeff.ross@oracle.com
14 10 Van de Graaff Drive
   Burlington, MA 01803
15 Telephone: 781.744.0449
   Facsimile: 781.238.6273
16
   Attorneys for Plaintiff
17 Oracle America, Inc.

18                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
19                          EUREKA DIVISION

20 ORACLE AMERICA, INC., a Delaware       No. 4:12-cv-00790-SBA (NJV)
   corporation;
21                                         [PROPOSED] ORDER MODIFYING
                                           FEBRUARY 19, 2013 ORDER
           Plaintiff,
22
       v.
23
   SERVICE KEY, LLC, a Georgia limited liability
24 company; ANGELA VINES; DLT FEDERAL
   BUSINESS SYSTEMS CORPORATION, a
   Delaware corporation; and DOES 1–50,
25
           Defendants.
26

27

28

[PROPOSED] ORDER MODIFYING FEBRUARY 19, 2013 ORDER
Case No. 4:12-cv-00790 SBA (NJV)

1  Pursuant to the letter submitted by Plaintiff Oracle America, Inc. ("Oracle") and
2  Defendant DLT-Federal Business Systems ("DLT-FBS"), the Court hereby modifies the
3  February 19, 2013 Order Re Plaintiff's Motion to Reclassify Attorneys' Eyes Only Designations
4  Under the Protective Order, Dkt No. 157 so that the paragraph on page 3, lines 3-9 now reads:
5  After reviewing the parties' papers and hearing argument on this issue, the
6  court finds that with proper redactions and limitations, the customer contracts in question
7  are properly designated Confidential, rather than Attorneys' Eyes Only, for the purposes
8  of depositions of persons not employed by Oracle. All pricing and customer contact
9  information shall be redacted for such depositions, unless the deponent is or was an
10  employee of the customer or of a DLT-FBS contractor which serviced Oracle equipment
11  or software for that customer. The documents shall otherwise remain Attorneys' Eyes
12  Only, with Oracle designating no more than five internal employees, who are not
13  involved in marketing or sales, who may have access to the documents to assist in
14  preparation of litigation.
15
16
17  IT IS SO ORDERED:
18  DATED: February 13, 2013      By: _____
19                                     Hon. Nandor J. Vadas
                                       United States Magistrate Judge
20
21
22
23
24
25
26
27
28