| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | Geoffrey M. Howard (SBN 157468) |
| 2 | geoff.howard@bingham.com |
|   | Thomas S. Hixson (SBN 193033) |
| 3 | thomas.hixson@bingham.com |
|   | Kyle Zipes (SBN 251814) |
| 4 | kyle.zipes@bingham.com |
|   | Three Embarcadero Center |
| 5 | San Francisco, California 94111-4067 |
|   | Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | ORACLE CORPORATION |
|   | Dorian Daley (SBN 129049) |
| 8 | dorian.daley@oracle.com |
|   | Deborah K. Miller (SBN 95527) |
| 9 | deborah.miller@oracle.com |
|   | 500 Oracle Parkway |
| 10 | M/S 5op7 |
|   | Redwood City, CA 94065 |
| 11 | Telephone: 650.506.4846 |
|   | Facsimile: 650.506.7114 |
| 12 | |
|   | ORACLE CORPORATION |
| 13 | Jeffrey S. Ross (SBN 138172) |
|   | jeff.ross@oracle.com |
| 14 | 10 Van de Graaff Drive |
|   | Burlington, MA 01803 |
| 15 | Telephone: 781.744.0449 |
|   | Facsimile: 781.238.6273 |
| 16 | |
|   | Attorneys for Plaintiff |
| 17 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| 21 | ORACLE AMERICA, INC., a Delaware corporation, | No. 4:12-cv-00790-SBA |
| 22 | Plaintiff, | **PLAINTIFF ORACLE AMERICA, INC.'S REPLY BRIEF CONCERNING ITS MOTION TO STRIKE DEFENDANT DLT-FBS'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSE** |
| 23 | v. | |
| 24 | SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50, | |
| 25 | | Date: April 16, 2013 |
| 26 | | Time: 1:00 p.m. |
|    | | Place: Courtroom 1, 4th Floor |
| 27 | Defendants. | Judge: Hon. Saundra B. Armstrong |
| 28 | | |

1

PLAINTIFF ORACLE AMERICA, INC.'S REPLY BRIEF RE MOTION TO STRIKE

1  This Court's Standing Order is clear: "The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion." Here, Oracle filed its Motion to Strike DLT-FBS's untimely affirmative defenses and counterclaims on February 20, 2013. D.I. 158. DLT-FBS's opposition was due on March 6, 2013. On that afternoon, DLT-FBS's counsel asked Oracle for a two day extension to file its opposition due to a heavy snowstorm. *See* Exhibit A to the Declaration of Kyle Zipes (3/6/13 email from Whitticar to Hixson and Zipes). Oracle agreed to the request. Ex. B (3/7/13 email from Zipes to Whitticar). But despite this extension, DLT-FBS failed to file any opposition. Instead, its counsel filed a motion to withdraw. D.I. 163. This was the second time DLT-FBS's counsel have sought to withdraw in this action without good reason. *See* D.I. 117 (Motion to Withdraw) *and* D.I. 131 (Order denying Motion to Withdraw). Regardless, DLT-FBS's counsel remain its counsel of record until and unless the Court grants its motion to withdraw, which it has not done, and they were aware of the deadline to oppose Oracle's motion. Accordingly, pursuant to the Court's Standing Order, DLT-FBS's failure to file any opposition should be considered consent to the granting of Oracle's motion.

DATED: March 13, 2013

Bingham McCutchen LLP

By:   /S/Thomas S. Hixson
Thomas S. Hixson
thomas.hixson@bingham.com
Attorneys for Plaintiff
ORACLE AMERICA, INC.