UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50,<br><br>Defendants. | Case No:  C 12-00790 SBA<br><br>**ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC FILING**<br><br>Dkt. 164 |

Defendant DLT Federal Business Systems Corporation ("DLT") has filed a pro se Motion for Permission for Electronic Case Filing.  Dkt. 164.  Though DLT offers no reason for its motion, the Court notes that DLT's present counsel of record—RIMON P.C. and NOVA IP Law, PLLC—have filed a motion to withdraw based on DLT's apparent severance of their attorney-client relationship.  Dkt. 163.  However, the motion to withdraw has not yet been adjudicated and substitute counsel has not yet appeared in the action for DLT.

"It is a longstanding rule that '[c]orporations and other unincorporated associations must appear in court through an attorney.'"  See D-Beam Ltd. P'ship v. Roller Derby Skates, Inc., 366 F.3d 972, 973-974 (9th Cir. 2004) (citation omitted); Civ. L.R. 3-9 ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").  Since DLT cannot appear pro se, and because the Court has not addressed its counsel's motion to withdraw, DLT's motion is DENIED.  This Order terminates Docket 164.

IT IS SO ORDERED.

Dated:  March 14, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28