UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50,<br><br>  Defendants. | Case No:  C 12-00790 SBA<br><br>**ORDER PERMITTING MOTION TO WITHDRAW TO BE HEARD ON SHORTENED TIME**<br><br>Dkt. 174 |

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The parties' stipulated request to hear Defendant DLT Federal Business Systems Corporation's counsel's motion to withdraw on shortened time is GRANTED. The motion will be decided without a hearing, pursuant to Civil Local Rule 7-1(b). The Clerk shall terminate Docket 174.

2. The telephonic Case Management Conference currently scheduled for March 20, 2013 is CONTINUED to <u>April 17, 2013 at 2:30 p.m.</u>  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

   IT IS SO ORDERED.

Dated:  March 20, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge