1

2

3

4

5

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

6

7

8

9

10

11

12

13

14

ORACLE AMERICA, INC., a Delaware
corporation;

        Plaintiff,

    v.

SERVICE KEY, LLC, a Georgia limited liability
company; ANGELA VINES; DLT FEDERAL
BUSINESS SYSTEMS CORPORATION, a
Delaware corporation; and DOES 1–50,

        Defendants.

No. 4:12-cv-00790-SBA

**ORDER GRANTING
PERMISSION FOR *IN CAMERA*
REVIEW OF EXHIBIT A TO THE
REPLY TO PLAINTIFF'S
OPPOSITION TO MOTION TO
WITHDRAW BY COUNSEL**

15

16

17

18

19

20

    NOW THEREFORE, the Court, having reviewed and considered Defendant DLT
Federal Business Systems Corporation's ("FBSC") Administrative Motion to Permit *In
Camera* Review of Exhibit A to FBSC's Reply to Plaintiff's Opposition to the Motion to
Withdraw by Counsel (the "Administrative Motion"), and for good cause shown therein, the
Court hereby GRANTS FBSC's Administrative Motion and ORDERS as follows:

21

22

23

24

    1.    FBSC may conditionally lodge with chambers only, for *in camera* review by
the Court as necessary in conjunction with FBSC's pending Motion for
Withdrawal (Dkt. 165), an unredacted copy of Exhibit A to FBSC's Reply to
Plaintiff's Opposition to the Motion to Withdraw By Counsel;

25

26

27

    2.    The lodged Exhibit A shall be designated as "Confidential:  For In Camera
Review Only/Not To Be Disclosed To Any Other Person Or Party."  In
addition, the document shall not be filed with or maintained by the Clerk's

28

[PROPOSED] ORDER GRANTING PERMISSION
FOR *IN CAMERA* REVIEW

Case No. 4:12-cv-00790-SBA

1  office, and in no event shall the document submitted for *in camera* inspection

2  be provided or shown to the public, any other parties to this case, or any third-

3  party.

4  IT IS SO ORDERED, this  20th day of March, 2013

5

6  _____

7  The Honorable Saundra B. Armstrong
Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PERMISSION                    Case No. 4:12-cv-00790-SBA
FOR *IN CAMERA* REVIEW