UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1–50,<br><br>        Defendants. | Case No: C 12-00790 SBA<br><br>**ORDER RE APPEARANCE OF COUNSEL FOR DEFENDANT DLT FEDERAL BUSINESS SYSTEMS CORPORATION** |

Pursuant to the Court's Order of March 22, 2013, Dkt. 185, attorney Karen I. Boyd of the law firm Turner Boyd LLP has appeared in this action for Defendant DLT Federal Business Systems Corporation (DLT). Dkt. 187. Accordingly,

IT IS HEREBY ORDERED THAT Scott Raber of Rimon P.C. shall be terminated in ECF as DLT's counsel of record in this action. The provision in the Court's Order of March 22, 2013 requiring service of DLT's papers on Rimon P.C. and NOVA IP Law, PLLC, is vacated.

IT IS SO ORDERED.

Dated: April 5, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge