1  BINGHAM MCCUTCHEN LLP
   Geoffrey M. Howard (SBN 157468)
2  geoff.howard@bingham.com
   Thomas S. Hixson (SBN 193033)
3  thomas.hixson@bingham.com
   Kyle Zipes (SBN 251814)
4  kyle.zipes@bingham.com
   Three Embarcadero Center
5  San Francisco, California  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  ORACLE CORPORATION
   Dorian Daley (SBN 129049)
8  dorian.daley@oracle.com
   Deborah K. Miller (SBN 95527)
9  deborah.miller@oracle.com
   500 Oracle Parkway
10 M/S 5op7
   Redwood City, CA  94065
11 Telephone:  650.506.4846
   Facsimile:  650.506.7114
12
   ORACLE CORPORATION
13 Jeffrey S. Ross (SBN 138172)
   jeff.ross@oracle.com
14 10 Van de Graaff Drive
   Burlington, MA  01803
15 Telephone:  781.744.0449
   Facsimile:  781.238.6273
16
   Attorneys for Plaintiff
17 ORACLE AMERICA, INC.

18
                    UNITED STATES DISTRICT COURT
19                 NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
20

21 ORACLE AMERICA, INC., a Delaware        No. 4:12-cv-00790-SBA
   corporation,
22                                         **STIPULATION AND  ORDER TO**
              Plaintiff,                   **MODIFY THE CASE SCHEDULING**
23                                         **ORDER AND FOR ADDITIONAL**
        v.                                 **DEPOSITIONS**
24
   SERVICE KEY, LLC, a Georgia limited
25 liability company; ANGELA VINES; DLT
   FEDERAL BUSINESS SYSTEMS
26 CORPORATION, a Delaware corporation; and
   DOES 1-50,
27
              Defendant.
28

Plaintiff Oracle America, Inc. ("Oracle"), and Defendants DLT Federal Business Systems Corporation ("DLT-FBS" or "FBSC"), Service Key LLC and Angela Vines (all collectively, "the parties") hereby stipulate and ask the Court to order as follows:

1. Pursuant to Federal Rule of Civil Procedure 16, there is good cause to modify the Court's September 24, 2012 Order for Pretrial Preparation, Dkt No. 59, as follows:

   A. The last day to conduct fact discovery depositions is extended to May 15, 2013. All notices for fact witness depositions must be served no later than May 3, 2013.

   B. Except for this extension on the deadline to conduct fact discovery depositions, the May 1, 2013 fact discovery cutoff otherwise remains intact.

   C. The last day for the parties to designate experts is extended to May 31, 2013. The deadline to make rebuttal expert disclosures in extended to June 21, 2013. Expert discovery shall be completed by July 26, 2012.

   D. This Stipulation and [Proposed] Order does not modify the August 20, 2013 motion cutoff date. The parties reserve the right to seek modification of that date if appropriate in the future.

2. Oracle may take up to 15 fact witness depositions. However, not more than 6 may be of current or former FBSC personnel.

3. By entering into this Stipulation and [Proposed] Order, the parties do not waive any proper objection to any discovery request.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: April 9, 2013 | Bingham McCutchen LLP |
| 2 | | |
| 3 | | By: /s Thomas S. Hixson |
| | | Thomas S. Hixson |
| 4 | | Attorneys for Plaintiff |
| | | Oracle America, Inc. |
| 5 | | |
| 6 | Dated: April 9, 2013 | GCA Law Partners LLP |
| 7 | | |
| 8 | | By: /s Valerie M. Wagner |
| | | Valerie M. Wagner |
| 9 | | Attorneys for Defendants |
| | | Service Key LLC and Angela Vines |
| 10 | | |
| 11 | Dated: April 9, 2013 | Cloudigy Law PLLC |
| 12 | | |
| 13 | | By: /s Antigone G. Peyton |
| | | Antigone G. Peyton (*pro hac vice* |
| 14 | | *application pending*) |
| | | Attorneys for Defendant |
| 15 | | FBSCGov f/k/a DLT Federal Business |
| | | Systems Corporation |

Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

/s Thomas S. Hixson
Thomas S. Hixson

//
//
//
//
//
//

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 2 | By: _____/s/ Saundra B. Armstrong_____ |
| 3 | DATED: 4/10/13    Hon. Saundra B. Armstrong<br>United States District Judge |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28