| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | Geoffrey M. Howard (SBN 157468) |
| 2 | geoff.howard@bingham.com |
| | Thomas S. Hixson (SBN 193033) |
| 3 | thomas.hixson@bingham.com |
| | Kyle Zipes (SBN 251814) |
| 4 | kyle.zipes@bingham.com |
| | Three Embarcadero Center |
| 5 | San Francisco, California 94111-4067 |
| | Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | ORACLE CORPORATION |
| | Dorian Daley (SBN 129049) |
| 8 | dorian.daley@oracle.com |
| | Deborah K. Miller (SBN 95527) |
| 9 | deborah.miller@oracle.com |
| | 500 Oracle Parkway |
| 10 | M/S 5op7 |
| | Redwood City, CA 94065 |
| 11 | Telephone: 650.506.4846 |
| | Facsimile: 650.506.7114 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | Jeffrey S. Ross (SBN 138172) |
| | jeff.ross@oracle.com |
| 14 | 10 Van de Graaff Drive |
| | Burlington, MA 01803 |
| 15 | Telephone: 781.744.0449 |
| | Facsimile: 781.238.6273 |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | | |
|---|---|---|
| 20 | | |
| 21 | ORACLE AMERICA, INC., a Delaware corporation, | No. 4:12-cv-00790-SBA NJV |
| 22 | Plaintiff, | **[~~PROPOSED~~] ORDER FOLLOWING APRIL 9, 2013 STATUS CONFERENCE** |
| 23 | v. | |
| 24 | SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50, | |
| 25 | | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

1  The Court held a status conference on April 9, 2013. Counsel for Plaintiff Oracle America, Inc. ("Oracle"), and Defendants DLT Federal Business Systems Corporation ("DLT-FBS" or "FBSC"), Service Key LLC and Angela Vines appeared. At the status conference, the Court ordered as follows:

1. The depositions of Geoff Prosser, Rose Osamba and Robert Wright that are scheduled for April 23, 24 and 25, 2013, shall be conducted at defense counsel's offices at 8300 Greensboro Drive, Suite 1250, McLean, VA 22102.

2. DLT-FBS shall promptly provide Oracle with any contact information it obtains for Michael Johnson, so that Oracle may subpoena him, and DLT-FBS shall make Michael Johnson available for deposition on or before the fact deposition deadline of May 15, 2013, unless Mr. Johnson refuses to appear, which refusal DLT-FBS shall document to the extent possible.

IT IS SO ORDERED:

DATED: April 15, 2013    By: _____
　　　　　　　　　　　　　　Hon. Nandor J. Vadas
　　　　　　　　　　　　　　United States Magistrate Judge