**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation, and DOES 1-15,<br><br>    Defendants.<br>_____/ | No. 4:12-CV-0790 SBA (NJV)<br><br>ORDER SETTING STATUS CONFERENCE |

On May 6, 2013, Plaintiff Oracle America filed a letter regarding the status of discovery and the compliance of Defendant DLT-Federal Business Systems with the court's order of April 15, 2013. (Docket no. 202.) This matter is HEREBY SET for a telephonic status conference on Wednesday, May 8, 2013, at 10:15 am. The parties shall dial 888-684-8852, and enter access code 1868782.

IT IS SO ORDERED.

Dated: May 7, 2013

                                            NANDOR J. VADAS
                                            United States Magistrate Judge