UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation, | Case No:  C 12-00790 SBA |
| Plaintiff, | **ORDER MODIFYING PRETRIAL SCHEDULE** |
| vs. | Dkt. 278 |
| SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-50, | |
| Defendants. | |

Having considered the parties' Stipulation and [Proposed] Order to Modify Case Scheduling Order, and for good cause shown,

IT IS HEREBY ORDERED THAT the pretrial scheduling order is modified as follows:

| EVENT | NEW DATE |
|---|---|
| Pre-Trial Documents Due | **9/3/13** |
| Motions in Limine (MIL) and Objection to Evid. | **9/10/13** |
| Opposition to MILs and Objections to Evidence | **9/17/13** |
| Replies to MILS and Objections to Evidence | **9/24/13** |

This Order terminates Docket 278.

IT IS SO ORDERED.

Dated: 8/7/13

SAUNDRA BROWN ARMSTRONG
United States District Judge

N:\K…\Civil\12-790 - Oracle - Stipulation to Modify Case Scheduling Order.docx