| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Geoffrey M. Howard (SBN 157468)<br>geoff.howard@bingham.com<br>Thomas S. Hixson (SBN 193033)<br>thomas.hixson@bingham.com<br>Kyle Zipes (SBN 251814)<br>kyle.zipes@bingham.com<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br><br>ORACLE CORPORATION<br>Dorian Daley (SBN 129049)<br>dorian.daley@oracle.com<br>Deborah K. Miller (SBN 95527)<br>deborah.miller@oracle.com<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA  94065<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br><br>ORACLE CORPORATION<br>Jeffrey S. Ross (SBN 138172)<br>jeff.ross@oracle.com<br>10 Van de Graaff Drive<br>Burlington, MA  01803<br>Telephone:  781.744.0449<br>Facsimile:  781.238.6273<br><br>Attorneys for Plaintiff<br>ORACLE AMERICA, INC. | TURNER BOYD LLP<br>Karen I. Boyd (SBN 189808)<br>boyd@turnerboyd.com<br>Zhuanjia Gu (SBN 244863)<br>gu@turnerboyd.com<br>2570 W. El Camino Real, Suite 380<br>Mountain View, CA 94040<br>Telephone: 650.521.5930<br>Facsimile: 650.521.5931<br><br>CLOUDIGY LAW PLLC<br>Antigone G. Peyton<br>antigone.peyton@cloudigylaw.com<br>8300 Greensboro Drive, Suite 1250<br>McLean, VA 22102<br>Telephone: 703.436.2033<br>Facsimile: 703.436.2268<br><br>Attorneys for Defendant<br>DLT Federal Business System Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation;<br><br>        Plaintiff,<br><br>    v.<br><br>SERVICE KEY, LLC, a Georgia limited liability company; ANGELA VINES; DLT FEDERAL BUSINESS SYSTEMS CORPORATION, a Delaware corporation; and DOES 1–50,<br><br>        Defendants. | No. 4:12-cv-00790-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS** |

1   On August 30, 2013, Magistrate Judge Cousins conducted a settlement conference
2  between Plaintiff Oracle America, Inc. ("Oracle") and Defendant DLT-Federal Business Systems
3  Corporation a/k/a FBSCGov ("DLT-FBS").  The parties have agreed on the terms of a
4  settlement.  The settlement contemplates the prompt filing of a [Proposed] Stipulated Judgment
5  that will resolve this civil action in its entirety.  Accordingly, Oracle and DLT-FBS jointly
6  request that the Court stay all further proceedings until September 30, 2013, pending the
7  submission of the [Proposed] Stipulated Judgment and its approval by the Court.

DATED: August 30, 2013

Bingham McCutchen LLP

By:  /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Plaintiff
Oracle America, Inc.

DATED: August 30, 2013

Cloudigy Law PLLC

By:  /s/ Antigone G. Peyton
Antigone G. Peyton
Attorneys for Defendant DLT-Federal Business
Systems Corporation

PURSUANT TO STIPULATION, IT IS ORDERED THAT THIS CASE IS HEREBY STAYED UNTIL SEPTEMBER 30, 2013.

All pending docket matters shall be terminated without prejudice.

DATED:  September 3, 2013

Hon. Saundra B. Armstrong
United States District Judge

Case No. 4:12-cv-00790-SBA

STIPULATION AND [~~PROPOSED~~ ORDER] STAYING PROCEEDINGS